# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **ANDREW MATTHEW OBRIECHT,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | 07-C-409-C |
| v. | |
| **MICHAEL THURMER, Warden,** **Waupun Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Andrew Matthew Obriecht for a writ of habeas corpus is DISMISSED WITH PREJUDICE for petitioner's failure to file it within the one-year limitations period set forth in 28 U.S.C. § 2244(d).

THERESA M. OWENS

Theresa M. Owens, Clerk

Connie A. Korth                                                                                                                   10/24/07

by Deputy Clerk                                                                                                                      Date